THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELZIE JONES, Defendant-Appellant.

(No. 72-231; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Second District—July 18, 1973.

*Rehearing denied September 6, 1973.*

---

Opinion by Mr. JUSTICE SEIDENFELD.

---

Ralph Ruebner, of Defender Project, of Elgin, for appellant.

Gerry L. Dondanville, State's Attorney, of Geneva, (Clarence Wittenstrom, Assistant State's Attorney, of counsel,) for the People.